IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | No. C 04-02588 CRB<br><br>**ORDER** |

During the hearing in this matter scheduled for June 17, 2005, the parties shall be prepared to address what statutory or common law authority the California Attorney General has to bring this action.

**IT IS SO ORDERED.**

Dated: June 15, 2005

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2588\order 1 question.wpd