Kelly A. Johnson
Acting Assistant Attorney General
Environment and Natural
 Resources Division
U.S. Department of Justice

Cynthia S. Huber
cynthia.huber@usdoj.gov
Senior Attorney
Rachel Dougan
rachel.dougan@usdoj.gov
Trial Attorney
General Litigation Section
Environment and Natural
 Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-514-5273
Facsimile: 202-305-0506

Kevin V. Ryan (SBN 118321)
United States Attorney
James Coda (SBN 1012669(WI))
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415-436-6748

Attorneys for Defendant United
States Forest Service

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE, JACK BLACKWELL, in his official capacity as Regional Forester for the Pacific Southwest Region, and ARTHUR L. GAFFREY, in his official capacity as Forest Supervisor of the Sequoia National Forest,<br><br>             Defendants. | Civil No. C04-02588 CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR RESCHEDULING REMEDY PHASE CASE MANAGEMENT CONFERENCE |

1  On July 11, 2005, the Court issued its opinion and order granting Plaintiff's motion for
2  summary judgment and denying Defendants' motion for summary judgment.  The Court noted
3  that it was not reaching the remedy issue and scheduled a case management conference related to
4  the remedy phase for August 12, 2005.  Defendants' counsel is not available on that date due to
5  previously scheduled vacation.  Plaintiff agrees to a continuance.  The Parties stipulate and
6  request that the case management conference be moved to September 9, 2005, or as soon
7  thereafter as the Court's calendar allows.  The parties will submit a joint case status report one
8  week prior to the case management conference.

            Respectfully submitted,

            Kelly A. Johnson
            Acting Assistant Attorney General
            Environment and Natural Resources
             Division

            _____/ s /_____
            Cynthia S. Huber
            Senior Attorney
            Rachel Dougan
            Trial Attorney
            General Litigation Section
            Environment and Natural Resources
             Division
            U.S. Department of Justice
            P.O. Box 663
            Washington, D.C. 20044
            (202) 514-5273

            Kevin V. Ryan (SBN 118321)
            United States Attorney
            Northern District of California

            James Coda (SBN 1012669(WI))
            Assistant United States Attorney
            Northern District of California
            450 Golden Gate Avenue
            P.O. Box 36055
            San Francisco, CA 94102
            (415) 436-6748

            Attorneys For Defendants

            BILL LOCKYER
            Attorney General of the State of California
            THEODORA BERGER
            Senior Assistant Attorney General
            KENNETH ALEX

```
                                    Supervising Deputy Attorney General
                                    RAISSA S. LERNER
                                    CLAUDIA POLSKY
                                    Deputy Attorneys General


                            By:     /s/ (as authorized on 7/15/05)
                                    CLAUDIA POLSKY
                                    Deputy Attorney General
                                    Attorneys for Plaintiff
                                    People of the State of California
```

Pursuant to Stipulation, it is ordered that the remedy phase case management conference set for August 12, 2005 shall be vacated and rescheduled for October 7, 2005 @ 8:30 a.m. The Parties shall submit a joint status report one week prior to the conference.

Dated: July 25, 2005

_____
Hon. Charles R. Breyer

**APPROVED** — Judge Charles R. Breyer (United States District Court, Northern District of California seal)

Stipulation/Order re: Remedy Case Mgmt Conf - 04-2588-CRB