IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE et al.,<br><br>    Defendants. | No. C 04-02588 CRB<br><br>**ORDER ON REMEDY** |

    The parties have agreed and the Court hereby REMANDS this matter to defendant United States Forest Service for further consideration of a remedy consistent with the Court's July 11 Order on the merits. Defendant shall revise the Fire Plan and complete any other steps or analysis necessary to comply with the National Environmental Policy Act ("NEPA"). On or before February 10, 2006, defendant shall provide the Court with an interim status report on its compliance efforts. On or before April 10, 2006, defendant shall file a revised Fire Plan and a final report on compliance with NEPA. The Court shall retain jurisdiction over the remedy phase of this matter.

    **IT IS SO ORDERED.**

Dated: November 21, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2588\order re remedy.wpd