**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   PEOPLE OF THE STATE OF CALIFORNIA          No. C-04-02588 CRB (EDL)
    *ex rel.,*
9                                              **ORDER FOLLOWING FURTHER**
              Plaintiff,                       **SETTLEMENT CONFERENCE**
10
11     v.
12  UNITED STATES FOREST SERVICE
    et al.,
13            Defendants.
    _____/
14
15          Following the further settlement conference held on April 26, 2006, defendant shall inform
16  this Court and plaintiff whether they are authorized to make a proposal to settle no later than May
17  10, 2006. If defendants are authorized, they shall submit their settlement proposal no later than May
18  24, 2006. The parties shall update this Court the status of the hearing on the Monument case
19  currently scheduled for May 1, 2006. The letter update may be sent via facsimile to (415) 522-2002,
20  no later than May 8, 2006. The parties shall also update this Court within one week of Judge
21  Breyer's written decision of the same case.
22  **IT IS SO ORDERED.**
23
24
    Dated: April 28, 2006
25
                                              *Elizabeth D. Laporte*
26                                            ELIZABETH D. LAPORTE
                                              United States Magistrate Judge
27
28