IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>   Defendants. | No. C 04-02588 CRB<br><br>Related Case No. C. 05-0397 CRB<br>Related Case No. C. 05-0898 CRB<br><br>**ORDER RE: BRIEFING** |

  Defendants have notified the Court that they have withdrawn both the 2004 Fire Plan and the Revised Fire Plan and do not intend to issue a new fire plan. Defendants further contend that this action renders this case moot. In order to determine what, if any, action is appropriate, the Court hereby ORDERS the parties to submit supplemental briefing on the mootness issue. Defendants shall submit a brief of no more than 10 pages no later than Friday, June 16, 2006. Plaintiff may submit a Reply brief of no more than 10 pages no later than Friday, June 23, 2006. The Court will inform the parties if oral argument is necessary.

//
//
//

In addition, any party to either of the related cases may submit supplemental briefing no later than June 23, 2006, regarding any effect the Forest Service's action may have on its case.

**IT IS SO ORDERED.**

Dated: June 9, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE